IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01687-MSK-MEH

NORMAN RAY REED, JR.,

    Plaintiff,

v.

RUDY SWINGLE, In his official and professional capacity, and
NICHOLES, in his official and professional capacity,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Electronic Text-Only Order filed on December 7, 2012, adopting the Recommendation issued by the Magistrate Judge (**Doc. #37**) to dismiss the case without prejudice for failure to prosecute and follow the Court's orders, it is

    ORDERED that the Recommendation of Magistrate Judge Hegarty  (**Doc. #37**) is **ADOPTED** and the Plaintiff's Complaint is dismissed without prejudice for Plaintiff's failure to prosecute this action and for Plaintiff's failure to comply with the Court's orders, and the case is hereby closed.  It is further

    ORDERED that the defendants AWARDED their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    DATED at Denver, Colorado this 13th day of December, 2012.

                                  FOR THE COURT:
                                  JEFFREY P. COLWELL, CLERK

                                  By: s/ Edward P. Butler
                                  Edward P. Butler, Deputy Clerk